**Marcia A. TRUMBULL,**
**Plaintiff–Appellant,**

v.

**Donna E. SHALALA, Secretary, United States Department of Health and Human Services; Susana A. Serrate–Sztein; Richard W. Lymn, Defendants–Appellees.**

No. 00–1892.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided April 20, 2001.

Marcia A. Trumbull, pro se. Larry David Adams, Assistant United States Attorney, Baltimore, MD, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Marcia A. Trumbull appeals the district court's order granting summary judgment in favor of the federal agencies * in this employment discrimination action brought under the Rehabilitation Act, 29 U.S.C.A. §§ 701–797 (West 1999 & Supp.2000), and the Americans with Disabilities Act. 42 U.S.C.A. §§ 12101–12213 (West 1995 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Trumbull v. Shalala,* No. CA–99–3401–AW (D. Md. dated June 21, 2000; entered June 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Trumbull had been employed by three federal agencies: the National Institute of Arthritis and Musculoskeletal and Skin Diseases, the National Institutes of Health, and the Department of Health and Human Services.